UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jeremy Schuh,

                     Plaintiff(s),

v.                                                Case No. 2:20−cv−10468−DML−RSW
                                                Hon. David M. Lawson

Jerry Clayton, et al.,

                     Defendant(s),

## ORDER OF ASSIGNMENT OF COUNSEL

    The Court having identified that the above−named Plaintiff(s), presently proceeding in propria persona in this matter, would benefit from the assistance of counsel, and the below named attorney having indicated that he/she is willing to accept pro bono assignment in this matter;

    IT IS ORDERED that Frank J. Lawrence, Jr, whose mailing address is:

        Frank J. Lawrence, Jr
        Frank Lawrence
        941 Westview Road
        Bloomfield Hills, MI 48304

is hereby assigned to represent the above−named Plaintiff(s) in this matter, unless said assignment is terminated by (1) Order of the Court, (2) assignment of substitute counsel, or (3) termination of the matter before the Court.

    IT IS FURTHER ORDERED that:

    1.  Assigned counsel be provided, without cost and upon his/her request, copies of all pleadings filed to date in the matter, and that he/she proceed as counsel of record from this date forward;

    2.  Assigned counsel may only request to withdraw from this matter through filing of a motion, with notice to Plaintiff(s), setting forth full particulars as to why such a motion should be granted.

                                                s/David M. Lawson
                                                David M. Lawson
                                                U.S. District Judge

### Certificate of Service

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/S. Pinkowski
                                                     Case Manager

Dated:   June 19, 2020