# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY SCHUH,

                    Plaintiff,                    Case No.  2:20-CV-10468-DML-RSW

v.                                    HON.     DAVID M. LAWSON

Washtenaw County, Wellpath,          MAG.  R. STEVEN WHALEN
Jerry Clayton, Mark Ptaszek, Eric Kunath, Michelle
Billard, Michelle Brown, David Clifton, Joseph Fendt,
Tyeshonda Burris, Richard Williams, III, Eric Flint, Erin
Clark, Sergeant Justice, Carrie Engle, Deputy Damien
Valdivida, Eric Kohlenberg, Christopher Dea, Federico
Garcia, Randy Casey, Deputy Phuong Le,
Nanette Worley, Daryl Parker, John Morario,
                    Defendants.

Frank J. Lawrence (DC# 1048420)
Attorney for Plaintiff
941 Westview Road
Bloomfield Hills, MI  48304
(248) 722-2560
flawrence1@hotmail.com

Brian J. Richtarcik (P49390)
Randall A. Juip (P58538)
Foley Baron Metzger & Juip, PLLC
Attorneys for Defendants Michelle Brown, Erin Clark,
and Carrie Engle
38777 Six Mile Road, Ste. 300
Livonia, MI 48152
(734) 742-1800
brichtarcik@fbmjlaw.com
rajuip@fbmjlaw.com

Keith E. Eastland (P66392)
Christopher M. Hoffmann (P83637)
MILLER JOHNSON
Attorneys for Defendants Washtenaw County, Jerry
Clayton, Mark Ptaszek, Eric Kunath, Michelle Billard,
David Clifton, Joseph Fendt, Tyeshonda Burris, Richard
Williams, III, Eric Flint, C'na Justice, Damien
Valdivida, Eric Kohlenberg, Christopher Dea, Federico
Garcia, Randy Casey, and Phuong Le
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700
eastlandk@millerjohnson.com
hoffmannc@millerjohnson.com

Jessica G. Kingston (P74417)
Michael A. Schwartz (P74361)
Zausmer, P.C.
Attorneys for Defendant John Moraria
32255 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
(248) 851-4111
jkingston@zausmer.com
mschwartz@zausmer.com

## PLAINTIFF'S SUPPORT
## OF HIS *PRO BONO* COUNSEL'S REQUEST TO WITHDRAW

1.    I am the Plaintiff in this matter.

2.    My *pro bono* attorney and I have agreed that his withdrawal from this case would be appropriate.

3.    I request that the Court attempt to locate for me alternate *pro bono* counsel and I request that proceedings in this case be stayed for 30 days pending the completion of that task.

Dated: Nov. 28th 2020

Respectfully submitted:

Jeremy Schuh, Plaintiff
Washtenaw County Jail
2201 Hogback Road
Ann Arbor, MI  48105

## VERIFICATION BY JEREMY SCHUH
## 28 U.S. Code § 1746

I verify under penalty of perjury that the above representations are true and correct.

Executed on : 11-28-20

Jeremy Schuh