UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY SCHUH,

               Plaintiff,

v.

JERRY CLAYTON, MARK PTASZEK,
MICHELLE BILLARD, ERIC KUNATH,
MICHELLE BROWN, DAVID CLIFTON,
RICHARD WILLIAMS, III, ERIC FLINT,
TYESHONDA BURRIS, JOSEPH FENDT,
ERIN CLARK, C'NA JUSTICE, CARRIE A.
ENGLE, DAMIEN VANDIVIA, JOHN
MORARIO, ERIC KOHLENBERG,
CHRISTOPHER DEA, PHUONG LE,
FREDERICO GARCIA, RANDY CASEY,
NANETTE WORLEY, and DARYL PARKER,

               Defendants.

Case Number 20-10468
Honorable David M. Lawson
Magistrate Judge Curtis Ivy, Jr.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Presently before the Court is the report issued on July 29, 2021 by Magistrate Judge Curtis Ivy, Jr. pursuant to 28 U.S.C. § 636(b), recommending that the Court deny the plaintiff's motion for a preliminary injunction. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 107) is **ADOPTED**, and the plaintiff's motion for a preliminary injunction (ECF No. 62) is **DENIED**.

The referral to the assigned magistrate judge is continued under the previously issued order of reference for all pretrial proceedings.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:  August 31, 2021