# EXHIBIT A



+1 (734) 680-2358

Text Message
Tue, Jun 29, 6:46 PM

Hello Mr schwatz I'm in concurrence with u obtaining records court ordered from jail and medical in limitation according to order, what ever I need let me know

This is Jeremy schuh , Schuh v Clayyon

Clayton**