# EXHIBIT

# D

| | |
|---|---|
| **From:** | Jeremy Schuh |
| **To:** | Kristen MacKay; Michael A. Schwartz |
| **Cc:** | Escurel, Carlos; cherryr@millerjohnson.com |
| **Subject:** | Re: Case No. 20-10468 - Schuh v Clayton, et al. |
| **Date:** | Tuesday, December 7, 2021 10:23:27 AM |

[EXTERNAL EMAIL]

Hello ,Ms.Mackay, this is Jeremy Schuh,and I am sending you this email in Re. to deposition set for today at the Washtenaw County court house,I don't have a License and am in Dexter which is outside the bus route,so I am Respectfully unable to make Deposition..Srry I only recently got the Deposition notice as well...Thank you and if u have anything further please contact me by pH #7346802976 or email...

Get Outlook for Android