# EXHIBIT

# E

